```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
EVETTE WILSON,

                    Plaintiff,

        -against-
                                              ORDER
COMMUNITY DEVELOPMENT CORPORATION OF          12-CV-5618(JS)(ARL)
LONG ISLAND, CONNIE BRUNO, in her
capacity as Rental Assistance Director
of Community Development Corporation,
KELLY KLEO, in her capacity as
hearing officer,

                    Defendants.
----------------------------------------X
APPEARANCES
For Plaintiff:      Victor J. Ambrose, Esq.
                    Nassau/Suffolk Law Services Committee, Inc.
                    1757 Veterans Highway, Suite 50
                    Islandia, NY 11749

For Defendants:     No appearances.
```

SEYBERT, District Judge:

Plaintiff Evette Wilson commenced this action on November 14, 2012, asserting claims against the Community Development Corporation of Long Island, Connie Bruno, and Kelly Kleo ("Defendants") arising out of the termination of Plaintiff's Section 8 Housing Choice Voucher Program benefits. Plaintiff has also filed an application to proceed in forma pauperis. The Court has reviewed Plaintiff's application and finds that her financial status qualifies her to commence this action without prepayment of the filing fee. See 28 U.S.C. §§ 1914, 1915(a)(1). The Court has also reviewed the Complaint and

FILED
CLERK
12/18/2012 12:14 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

declines to conclude at this stage that the within action is frivolous or malicious within the meaning of 28 U.S.C. § 1915. Accordingly, Plaintiff's application to proceed in forma pauperis is GRANTED, and the Court ORDERS service of the Complaint without prepayment of the filing fee.

The Clerk of the Court is directed to forward to the United States Marshal for the Eastern District of New York a copy of Plaintiff's Summons, Complaint, and this Order for service upon Defendants without prepayment of fees.

SO ORDERED.

/s/ JOANNA SEYBERT_____
JOANNA SEYBERT, U.S.D.J.

Dated:   December 18, 2012
         Central Islip, New York